# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00574-CV

**James Allen Brickley, Jr., Appellant**

**v.**

**Marie Laurence Gloria Joseph-Stephen, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM331978, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant James Allen Brickley, Jr. filed his notice of appeal on September 15, 2022. The appellate record was complete on December 15, 2022, making appellant's brief due on January 4, 2023. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order James Allen Brickely to file appellant's brief no later than January 19, 2023. If the brief is not filed by that date, the appeal may be dismissed for want of prosecution.

It is ordered on January 9, 2023.

Before Justices Triana, Kelly, and Theofanis